THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HIRSCHBERG, Appellant, against JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.— Appeal from order entered February 8, 1952, dismissed. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

(April 17, 1952.)

In the Matter of ADOLPHUS H. TATUM, Respondent. NORMAN B. JOHNSON et al., Appellants; WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— No opinion. Carswell, Acting P. J., Johnston, Adel and Wenzel, JJ., concur.

(April 21, 1952.)

A. B. & G. REALTY CORPORATION et al., Appellants, v. MORRIS YELLIN, Respondent.— Present — Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ.

BATTIM ASSOCIATES, INC., Appellant, v. TRAVELERS INDEMNITY COMPANY, Respondent.— Present — Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ. [See *ante*, p. 918.]

JOSEPH BIONDO, Individually and as Guardian ad Litem of VINCENT MANFRE, an Infant, Appellant, v. IONIC REALTY CORP., Respondent.— Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ. [See *ante*, p. 925.]